In the Matter of TIMOTHY J. MAHONEY, Appellant. EUGENE H. LYONS et al., Respondents.

Argued May 15, 1944; decided May 25, 1944.

*Isadore Bookstein* for appellant.

*Joseph F. Purcell* and *John P. Judge* for respondent.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY and DESMOND, JJ. Dissenting: THACHER, J. Taking no part: RIPPEY, J.